

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2014

No. 04-12-00813-CR

Tracy Devon **BROWN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR5633
The Honorable Angus McGinty, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the motion for rehearing is GRANTED IN PART. Time is extended to September 15, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court